IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

**CAROL MCGINNIS**

      **Plaintiff,**

v.                                CV 08-PT-460-M

**BRACHFELD ASSOCIATES, etc.**

      **Defendant.**

## DISMISSAL ORDER

In accordance with the Joint Stipulation of Dismissal filed on August 29, 2008, this action is **DISMISSED, WITH PREJUDICE**, with attorney's fees, expenses and costs taxed as paid by the parties.

**DONE** and **ORDERED** this the 2nd day of September, 2008.

_____
**ROBERT B. PROPST**
**SENIOR UNITED STATES DISTRICT JUDGE**